ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>DAMIEN MURPHY.<br><br>                        Defendant. | CASE NO.  1:25-CR-00132-JLT-SAB<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME; ORDER |

**STIPULATION**

1.      By previous order, this matter was set for a status conference hearing on September 2, 2026. By this stipulation, defendant moves to vacate the status conference and set a change of plea hearing on August 10, 2026.

2.      The parties agree and stipulate that on May 20, 2026, the parties filed a signed plea agreement.  Pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(G), the period from May 20, 2026, through August 10, 2026, is automatically excluded from the computation of time within which trial must commence.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

Stipulation

1

Dated: June 4, 2026                           Respectfully submitted,

                                              ERIC GRANT
                                              United States Attorney


                              By      */s/ Antonio J. Pataca*
                                      ANTONIO J. PATACA
                                      Assistant United States Attorney


Dated: June 4, 2026                           By: */s/ Mike McKneely*
                                              MIKE MCKNEELY
                                              Attorney for Defendant
                                              Damien Murphy


                                    ORDER

The Court, having received and considered the Stipulation of the parties, and good cause appearing therefore, hereby FINDS and ORDERS as follows:

The Court vacates the status conference hearing on September 2, 2026, and sets a change of plea hearing on August 10, 2026 at 9:00 AM before District Judge Jennifer L. Thurston.  The defendant is ordered to appear.


IT IS SO ORDERED.

Dated:   **June 8, 2026**        _____
                                 STANLEY A. BOONE
                                 United States Magistrate Judge


Stipulation                              2